UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY GOODEN,

    Plaintiff,

CASE NO. 1:10-CV-457

v.

HON. ROBERT HOLMES BELL

EDWARD A. NEWMYER, et al.,

    Defendants.
_____/

## NOTICE

Notice is hereby given to defendants that they shall re-file in proper form their answer to plaintiff's complaint no later than **June 28, 2010**.

DATED: June 17, 2010

    /s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE